JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 657-6101
Fax: (406) 657-6989
E-mail: julia.patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
AUG 1 8 2022
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-88-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE FENTANYL (Count 1) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |
| JOMO KENYATTA JOHNNY HILL, Defendant. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL (Count 2) Title 21 U.S.C. § 841(a)(1) Title 18 U.S.C. § 2 (Penalty: Mandatory minimum five to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release) |

1

| | |
|---|---|
| | **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME**<br>(Count 3)<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)<br><br>**PROHIBITED PERSON IN POSSESSION OF FIREARMS**<br>(Count 4)<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>**FORFEITURE**<br>Title 21 U.S.C. § 853(a)(1) and (2)<br>Title 21 U.S.C. § 881(a)(11)<br>Title 18 U.S.C. § 924(d)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT 1

On or about April 9, 2021, at Glendive and within Dawson County, in the State and District of Montana, the defendant, JOMO KENYATTA JOHNNY HILL, knowingly and unlawfully conspired and agreed with other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 40 grams or more of a mixture or substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

On or about April 9, 2021, at Glendive and within Dawson County, in the State and District of Montana, the defendant, JOMO KENYATTA JOHNNY HILL, knowingly and unlawfully possessed, with the intent to distribute, 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3

On or about April 9, 2021, at Glendive and within Dawson County, in the State and District of Montana, the defendant, JOMO KENYATTA JOHNNY HILL, knowingly possessed a firearm in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, namely conspiracy to possess with intent to distribute, and possession with intent to distribute fentanyl, as alleged in Counts 1 and 2 above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 4

On or about April 9, 2021, at Glendive and within Dawson County, in the State and District of Montana, the defendant, JOMO KENYATTA JOHNNY HILL, having been convicted on or about April 5, 2001, of a crime punishable by

imprisonment for a term exceeding one year under the laws of the United States, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses set forth in Counts 1 and 2 of this indictment, the defendant, JOMO KENYATTA JOHNNY HILL, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

//
//
//
//
//
//
//

Upon conviction of either of the offenses set forth in Counts 3 and 4 of this indictment, the defendant, JOMO KENYATTA JOHNNY HILL, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: __X_____
Bail: _____

5